UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

*IN RE EX PARTE APPLICATION OF SBK ART LLC*

24 Misc. 142 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

On March 25, 2024, petitioner SBK ART LLC ("SBK") filed a petition under 28 U.S.C. § 1782 for the issuance of document and deposition subpoenas to Kroll LLC ("Kroll") related to ongoing litigation in Malta and anticipated litigation in the Netherlands. Dkts. 1, 8. On March 28, 2024, the petition was assigned to this Court.

The Court orders SBK to serve Kroll with its petition, all supporting papers, and a copy of this order by April 1, 2024. Kroll's response to SBK's petition, if any, is due April 15, 2024. Petitioners' reply, if any, is due April 22, 2024.

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: March 28, 2024
New York, New York