

February 10, 2026

<u>**VIA ECF**</u>
Hon. John P. Cronan
Hon. Robyn F. Tarnofsky
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, New York 10007

Hon. Paul A. Engelmayer
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

> Re: *In Re: SBK ART LLC*, 1:26-mc-00055-JPC and *In Re: SBK ART LLC*, 1:24-mc-00147-PAE-RFT and *In Re: SBK ART LLC*, 1:24-mc-00142-PAE-RFT – Request for Administrative Consolidation under S.D.N.Y. Local Civ. R. 1.6(a).

Dear Judges Cronan, Engelmayer and Tarnofsky:

    We represent Petitioner SBK ART LLC in all of the above-captioned matters, the first two of which have been assigned to Hon. Paul A. Engelmayer's Court. The later-filed matter was assigned to Hon. John P. Cronan. No orders have been issued in the second action, other than the notice to counsel to file the Miscellaneous Cover Sheet, which counsel then filed.

    We write to propose their joint assignment before Judge Engelmayer and Judge Tarnofsky in the interest of judicial economy and pursuant to S.D.N.Y. Local Civ. R. 1.6(a). The discovery requests have been made under 28 U.S.C. § 1782 to Kroll, LLC ("Kroll") in the first action and to Akin Gump Strauss Hauer & Feld LLP ("Akin") in the second action that relate to the same underlying events that form the basis of multiple legal foreign proceedings and a third action to HPS Investment Partners ("HPS"). These include matters currently pending in Malta, the Netherlands, the General Court of the EU, and the Court of Justice of the European Union (collectively the "Foreign Proceedings").

    Neither Kroll, Akin, nor HPS are parties to the Foreign Proceedings, and both possess information that is both relevant and important thereto. We have communicated telephonically with the Clerk of Court and have been told that the Clerk's office cannot independently join related *miscellaneous* cases and can only do so with related *civil* cases. As such, we hereby respectfully request that the Court designate the above cases as related and that they be consolidated for administrative purposes.

In order to avoid potentially confusing docket entries, this letter has been filed as a "Letter Motion" before Judge Cronan and as a "Letter" before Judges Engelmayer and Tarnofsky.[1]

We thank the Courts for their attention to this matter.

Respectfully submitted,

/s/ Robert S. Landy
Robert S. Landy
FORD O'BRIEN LANDY, LLP
275 Madison Avenue, 24th Floor
New York, New York 10016
Telephone: (212) 858-0040
rlandy@fordobrien.com

*Counsel for Petitioner*
*SBK ART LLC*

cc:

All counsel of record (by ECF)

James Heyworth, Esq.
SIDLEY AUSTIN LLP
*Counsel for Kroll, LLC*
(by email)

Anne Evans, Esq.
Sean Nolan, Esq.
AKIN GUMP STRAUSS HAUER & FELD LLP
*Pro se*
(by email)

---

[1] This letter motion/letter is being filed on the ECF dockets of *In re SBK ART LLC*, Nos. 1:26-mc-00055-JPC, 1:24-mc-00147-PAE-RFT, and 1:24-mc-00142-PAE-RFT.